THE LAW OFFICES OF KIRK F. LAPPLE
Kirk F. Lapple #144051
30011 Ivy Glenn Drive, Suite 103
Laguna Niguel, CA 92677
Telephone:   949-363-5900
Facsimile:    949-363-5901
Email:          lapplek@aol.com

Attorney for victims
ABBA KADER,
PRATAP REDDY,
CHANDRASHEKAR SHENDE
VENKATA YAMANI and
GHOVARDHAN REDDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>TARAKESWAR CHAUDHARY,<br><br>            Defendant. | Hon. J. James V. Selna<br><br>Case No.:  SACR 10-0001 JVS<br><br>**ORDER GRANTING PETITION TO AMEND RESTITUTION ORDER**<br><br>**Date:           March 14, 2011**<br>**Time:          9:00 a.m.**<br>**Courtroom:  10C** |

The Petition by Victims ABBA KADER, PRATAP REDDY, CHANDRASHEKAR SHENDE, VENKATA YAMANI and GHOVARDHAN REDDY to Amend the Restitution Order came on for hearing on March 14, 2011 at 9:00 a.m. in Courtroom 10C, Judge James V. Selna presiding.

Kirk F. Lapple appearing for the Victims/petitioning parties.

1

1     Assistant U.S. Attorney Doug McCormick appearing for the United States.

2     Attorney Anju Multani appearing for Krish Dharma.

3     Mark Bucher appearing for Employers Resource Inc.

4     No appearances for the Defendant, said appearance being waived.

5     The Court has reviewed the Petition to Amend the Restitution Order and all

6 briefs and pleadings filed by the parties in support of or in opposition to the Petition

7 and has heard argument by counsel.

8     Good cause appearing, the Court hereby grants the Petition to Amend the

9 Restitution Order.

10     30% of all funds deposited with the United States Court Clerk by any defendants

11 in the state court action entitled SAVY v. CHAUDHARY *et. al.* OCSC Case no. 30-

12 2010-00421984-CU-FR-CXC ("SAVY action") shall be retained in the restitution fund

13 maintained by the United States Court Clerk's office until the conclusion of the state

14 court action.

15     Any funds obtained by the moving parties in the SAVY action shall be promptly

16 deposited as received with the Clerk of the Court.

17     Upon conclusion of the aforementioned state court action, the moving parties

18 shall file a Petition for an order establishing that a common fund has been created

19 together with a calculation of fees and costs and request for same.

20     The court will then make a determination as to whether a common fund has been

21 created and order disbursement of the funds as appropriate.

22 IT IS SO ORDERED.

23 DATED: March 15, 2011

24                            James V. Selna, United States District Court Judge

25 CC: FISCAL SECTION

26

27

28

-2-

[PROPOSED] ORDER GRANTING PETITION
TO AMEND RESTITUTION ORDER                             SACR 10-0001 JVS