THE LAW OFFICES OF KIRK F. LAPPLE
Kirk F. Lapple #144051
30011 Ivy Glenn Drive, Suite 103
Laguna Niguel, CA 92677
Telephone: 949-363-5900
Facsimile: 949-363-5901
Email: lapplek@aol.com

Attorney for victims
ABBA KADER,
PRATAP REDDY,
CHANDRASHEKAR SHENDE
VENKATA YAMANI and
GHOVARDHAN REDDY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>TARAKESWAR CHAUDHARY,<br><br>　　　　　　　　Defendant. | Hon. J. James V. Selna<br><br>Case No.:  SACR 10-0001 JVS<br><br>**ORDER GRANTING PETITION TO ESTABLISH COMMON FUND AND FOR DISTRIBUTION**<br><br>**Date:　　　November 7, 2016**<br>**Time:　　　9:00 a.m.**<br>**Courtroom:　10C** |

　　The Petition by Victims ABBA KADER, PRATAP REDDY, CHANDRASHEKAR SHENDE, VENKATA YAMANI and GHOVARDHAN REDDY to Amend the Restitution Order came on for hearing on November 7, 2016 at 9:00 a.m. in Courtroom 10C, Judge James V. Selna presiding.

　　Kirk F. Lapple appearing for the Victims/petitioning parties.

1

**ORDER GRANTING  PETITION TO AMEND**
**RESTITUTION ORDER**　　　　　　　　　　　　　　　　　　　　　　　SACR 10-0001 JVS

1  Assistant U.S. Attorney Indira Cameron-Banks appearing for the United States.

2  Anju Multani appearing for Krish Dharma, Usha Dharma, Deepak Kulkarni,

3  Usha Shenoy Kulkarni.

4  The Court has reviewed the Petition to Establish a Common Fund and for

5  Distribution and all briefs and pleadings filed by the parties in support of or in

6  opposition to the Petition and has heard argument by counsel.

7  Good cause appearing, the Court hereby grants the Petition to Establish a

8  Common Fund and for Distribution of the funds.

9  All funds received from the Orange County Superior Court Case entitled SAVY

10  v. CHAUDHARY *et. al.* OCSC Case no. 30-2010-00421984-CU-FR-CXC shall be

11  distributed as follows:

12  The Fiscal Section of the U.S. District Court shall issue payments as follows:

13  A.  To Attorney Kirk Lapple in the amount of $142,314.25 as and for

14  reasonable contingency fees referable to the aforementioned State Court action.

15  B.  That the moving parties herein are to be reimbursed their costs incurred in

16  the Savy case of $47,497.12 payable to Kirk Lapple Trust Account.  Attorney Lapple

17  shall reimburse the moving parties.

18  C.  The request for reimbursement of the sum of $33,322.51 paid by moving

19  parties to Manjit Singh, AG Commodities, Inc., Deepak Kulkarni; Usha Shenoy; Gulab

20  Bhatia; Bhatia Ventures, LLD; Rakesh Gupta; Kajal Gupta to satisfy the judgments for

21  costs in SAVY v. CHAUDHARY *et. al.* OCSC Case no. 30-2010-00421984-CU-FR-

22  CXC is denied on the grounds that these amounts do not represent any benefit to the

23  victims.

-3-

1   Attorney Lapple shall promptly file a motion with the Orange County Superior
2   Court Case entitled SAVY v. CHAUDHARY *et. al.* OCSC Case no. 30-2010-
3   00421984-CU-FR-CXC upon receipt of a conformed executed copy of this order.

5   IT IS SO ORDERED.

7   DATED:  November 8, 2016

8   _____
    James V. Selna
9   United States District   Judge